LUMBEE TRIBE v. LUMBEE REGIONAL DEV. ASS'N

No. 226P98

Case below: 129 N.C.App. 431

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

PECHOTA v. CONVALESCENT CTR. OF LEE COUNTY

No. 236P98

Case below: 129 N.C.App. 647

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

PENLAND v. PRIMEAU

No. 239P98

Case below: 129 N.C.App. 647

Petition by defendant for writ of supersedeas denied 29 July 1998.

PHC, INC. v. N.C. FARM BUREAU MUT. INS. CO.

No. 252P98

Case below: 129 N.C.App. 801

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

RATLIFF v. BRIGHT ENTERPRISES

No. 169P98

Case below: 129 N.C.App. 116

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 29 July 1998.